STATE v. PETERSON

No. 420P90

Case below: 99 N.C.App. 585

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 10 January 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE v. RIGGS

No. 469P90

Case below: 100 N.C.App. 149

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE v. ROSS

No. 493A90

Case below: 100 N.C.App. 207

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 10 January 1991.

STATE v. SHOEMAKER

No. 363P90

Case below: 99 N.C.App. 363

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

STATE v. SMITH

No. 390P90

Case below: 99 N.C.App. 67

Petition by defendant (Steven Jerome Crawford) for writ of certiorari to the North Carolina Court of Appeals denied 10 January 1991.